In the Matter of the Claim of HYMAN GREENSPAN,
Respondent, against JUDA BLEICHFELD et al., Appellants.
STATE INDUSTRIAL BOARD, Respondent.

(Argued October 4, 1933; decided October 24, 1933.)

*Frank L. Ward* for appellants.

*John J. Bennett, Jr.,* Attorney-General (*John R. O'Hanlon*
of counsel), for State Industrial Board, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN,
HUBBS and CROUCH, JJ.   Dissenting: KELLOGG, J.